UNITED STATES DISTRICT COURT,

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SEAN TYLER JONES,<br><br>    Defendant. | CASE NO. 22-CR-02517-TWR<br><br>**ORDER GRANTING CONTINUANCE** |

IT IS HEREBY ORDERED that the Motion Hearing / Trial Setting Conference in this matter be continued to February 10, 2023 at 1:30 PM in this Department.

IT IS FURTHER ORDERED that time is excluded in the ends of justice. *See* 18 U.S.C. §§ 3161(h)(7)(A). The Court finds that the ends of justice served by continuing the motion hearing/trial setting outweigh the best interest of the public and the Defendant in a speedy trial. This is because additional time is necessary to avoid a miscarriage of justice and for effective preparation, taking into account the parties' exercise of due diligence. Defense counsel reports that he has been advised that the plea agreement, which represents a substantial benefit to his client, is rescinded if the motion hearing goes forward and needs additional

time to finalize and obtain signatures on the plea agreement. Additionally, if the case unexpectedly does not resolve, defense counsel reports that he needs additional time for effective preparation in advance of the motion hearing. The United States produced discovery pursuant to the Protective Order on or about December 23, 2022, and defense counsel requires additional time to review it.

**SO ORDERED.**

DATED: 1/11/2023

HON. TODD W. ROBINSON
United States District Court Judge